**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **CALIPER LIFE SCIENCES, INC.,**<br>                          Plaintiff,<br>v.<br>**SHIMADZU CORPORATION & SHIMADZU SCIENTIFIC INSTRUMENTS, INC.**<br><br>                          Defendants. | Civil Action No.: 4:09-cv-00034-RAS |

## ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL

CAME ON THIS DAY for consideration the Joint Stipulated Motion for Dismissal (de #43) of all claims asserted by Plaintiff Caliper Life Sciences, Inc. ("Caliper") against Defendants Shimadzu Corporation and Shimadzu Scientific Instruments, Inc. ("Shimadzu") in this action with prejudice, and the court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by Caliper in this action against Shimadzu are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this the 16th day of March, 2010.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE